UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHARICE M. UNRUH, | Case No. 23-CV-945 (PJS/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| MICHAEL SEGAL, Warden, | |
| Respondent. | |

This matter is before the Court on Charice Unruh's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 1) and the Report and Recommendation issued on September 21, 2023 (Dkt. No. 16). No party file objections to the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation issued (Dkt. No. 16) is **ADOPTED**; and

2. Charice Unruh's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 23, 2023                    s/Patrick J. Schiltz
                                            PATRICK J. SCHILTZ
                                            Chief Judge
                                            United States District Court